**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

BETUEL CASTRO CAMACHO

          Petitioner,                   Case No. 2:26-cv-359

SAMUEL OLSON, Field Director for U.S.
Immigration and Customs Enforcement,
Chicago Field Office, in his official capacity;
MARKWAYNE MULLIN, Secretary, U.S.
Department of Homeland Security; TODD
BLANCHE, Acting U.S. Attorney General.

          Respondents.

> The court acknowledges the Notice of Voluntary Dismissal without prejudice, Dkt. [5]. The Clerk is DIRECTED to close this case on the docket.
> JPH 5/22/2026.
> Distribution via ECF.

**PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Petitioner, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and no answer or motion for summary judgment being served by Respondents, hereby dismisses this action without prejudice.

Dated: May 22, 2026          Respectfully submitted,

                        /s/ Michael Drew

                        **Neighborhood Legal, LLC**
                        20 N. Clark Street #3300
                        Chicago, IL 60602
                        Tel. (773) 505-2410
                        Email: mwd@neighborhood-legal.com

                        *Attorneys for Petitioner*